In the Matter of LEE R. QUINLAN, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent New York State Board of Parole setting petitioner's minimum period of imprisonment at a length greater than one third of his maximum sentence, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated Spetember 12, 1978, which dismissed the petition. Judgment affirmed, without costs or disbursements (see *Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69). Titone, J. P., Mangano, Rabin and Gulotta, JJ., concur.

In the Matter of PETER RIZZO, Petitioner, v TOWN OF HEMPSTEAD, Respondent.—Determination of the respondent Town of Hempstead, dated October 24, 1978, confirmed and proceeding dismissed on the merits, without costs or disbursements. No opinion. Lazer, J. P., Gibbons, Gulotta and Cohalan, JJ., concur.